IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LE VAN NGUYEN and NGOCDUNG THY BUI, § § § | |
| Plaintiffs, § § | |
| v. § § | CIVIL ACTION NO. H-16-2565 |
| ESSEX INSURANCE COMPANY, MARKEL SERVICE INCORPORATED, and TEXAS SPECIALTY UNDERWRITERS, INC., § § § § § | |
| Defendants. § | |

## ORDER

Having carefully considered Plaintiffs Le Van Nguyen and Ngocdung Thy Bui's Motion to Remand (Docket Entry No. 5); Defendant Evanston Insurance Company's, as Successor By Merger with Essex Insurance Company, Response to Plaintiff's Motion to Remand (Docket Entry No. 10); and the relevant authorities, the court concludes that Plaintiffs Le Van Nguyen and Ngocdung Thy Bui's Motion to Remand (Docket Entry No. 5) should be and is hereby **DENIED**.

**SIGNED** at Houston, Texas, on this 11th day of January, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE