Case 4:16-cv-02565   Document 34   Filed on 07/09/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 09, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LE VAN NGUYEN AND NGOCDUNG THY BUI, § § § *Plaintiffs*, § § v. § § ESSEX INSURANCE COMPANY, § MARKEL SERVICE § INCORPORATED, AND TEXAS § SPECIALTY UNDERWRITERS, INC. § *Defendants*. § | | CIVIL ACTION NO. 4:16-CV-02565 |

## ORDER GRANTING NONSUIT WITHOUT PREJUDICE

Having reviewed the Notice of Nonsuit without Prejudice executed by Plaintiffs it is hereby ORDERED that the entire case and all claims asserted therein against Defendant are hereby dismissed without prejudice to the refiling of same.

SIGNED and ENTERED this **9th** day of **July**, 2018.

_____
JUDGE PRESIDING

APPROVED AS TO FORM ONLY:

_____
Eric B. Dick, LL.M.
SBN: 24064316
**DICK LAW FIRM, PLLC**
3701 Brookwoods Dr.
Houston, Texas 77092

(844) 447-3234 Telephone
eric@dicklawfirm.com